UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-11349 CAS (MRWx) | Date | July 29, 2021 |
|---|---|---|---|
| Title | Deckers Outdoor Corp. v. Five Below, Inc. | | |

| Present: The Honorable | Michael R. Wilner, United States Magistrate Judge |
|---|---|
| Narissa Naval-Estrada | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**   ORDER RE: PROTECTIVE ORDER

The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # 26.) The Court accepts and ENTERS the proposed order subject to the following:

   1.   ¶ 2.3 – The parties used Judge Wilner's proposed form protective order. Nice! But they inadvertently left in some of the bracketed / alternative / instructing text. The last sentence is deleted as superfluous.

   2.   ¶ 1.2 – The parties' statement of "good cause" in support of the requested protective order is inadequate. See Oliner v. Kontrabecki, 745 F. 3d 1024, 1026 (9th Cir. 2014). The parties must identify legitimate bases for the entry of such an order that are specific to this action; no boilerplate allowed. The entry of this order is contingent on the filing of such a statement within five court days.